# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| REGINALD GREGG, | : No. 64 EM 2014 |
| Petitioner | : |
| v. | : |
| COMMON PLEAS COURT OF PHILADELPHIA COUNTY, PA., | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of August, 2014, the Petition for Writ of Mandamus is **DENIED**.